**Order filed June 5, 2012**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00716-CV
_____

**MOHAMMED ZAHIRRUDIN, Appellant**

**V.**

**RS 6600 SW FWY, LP, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71889**

---

## O R D E R

The clerk's record was filed October 14, 2011. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintiff's motion to enforce settlement agreement.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 19, 2012, containing Plaintiff's motion to enforce settlement agreement.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM